UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
   Plaintiff
          v.                    Civil No. 97-1270(SEC)
LUIS ANGEL MERCADO ACOSTA, et al.   FORECLOSURE OF MORTGAGE
   Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket # 13<br>Motion Pursuant to Local Rule 706 and Request to Continue Prosecution | **Granted.** With the dismissal of the bankruptcy proceedings, we hereby grant plaintiff's motion to continue foreclosure action. |

DATE: October 18, 2000

SALVADOR E. CASELLAS
United States District Judge


