# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

United States of America
Plaintiff(s)

v.

Luis Angel Mercado Acosta, et al.
Defendant(s)

Civil No. 97-1270 (SEC)

## DESCRIPTION OF MOTION

DATE FILED: 3-1-01    DOCKET #: 16    TITLE: Motion to Set Aside Scheduled Sale

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[ ] GRANTED    [ ] DENIED

[ ] NOTED    [✓] MOOT

## COMMENTS

12 III 01
DATE

SALVADOR E. CASELLAS
United States District Judge

